UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALAN EBERLY,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA DEVI HARRIS, *et al.*,<br><br>Defendants. | Case No.  2:25-cv-1002-DC-JDP (P)<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the August 22, 2025 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 23, is GRANTED; and

2. Plaintiff is granted until October 1, 2025 to file objections to the August 22, 2025 findings and recommendations.

IT IS SO ORDERED.


Dated:   September 18, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1