UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALAN EBERLY,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA DEVI HARRIS, et al.<br><br>Defendants. | No. 2:25-cv-01002-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21) |

Plaintiff Gary Alan Eberly, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2025, the magistrate judge issued findings and recommendations recommending Plaintiff's first amended complaint be dismissed without leave to amend for failure to state a viable § 1983.[1] (Doc. No. 21.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 3.) After receiving an extension of time, on October 20, 2025, Plaintiff filed exhibits related to his state criminal conviction. (Doc. No. 25.) Plaintiff's exhibits do not provide a basis upon which to reject the findings and recommendations.

---

[1] The magistrate judge also directed the Clerk of Court to send Plaintiff a federal habeas form, if he wishes to pursue habeas claims in a separate case. (Doc. No. 21 at 3.)

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and by proper
4 analysis.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. The findings and recommendations filed on August 22, 2025 (Doc. No. 21) are
7  ADOPTED in full;
8  2. Plaintiff's first amended complaint (Doc. No. 17) is dismissed without leave to
9  amend for failure to state a viable 42 U.S.C. § 1983 claim; and
10  3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 11, 2025**

Dena Coggins
United States District Judge

2